# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA CAROL JONES, | Case No. 2:13-cv-2038-MMD-NJK |
| Plaintiff(s), | |
| vs. | ORDER SETTING HEARING |
| GEICO INSURANCE AGENCY, | |
| Defendant(s). | (Docket No. 14) |

Pending before the Court is a stipulation to extend discovery deadlines, filed on April 14, 2014. Docket No. 14. The parties are requesting extensions of various deadlines, including some that have already expired. Local Rule 24-6 governs extensions of discovery deadlines. Pursuant to the rule, "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). Any motion or stipulation filed before 21 days prior to the expiration of the subject deadline must be supported by a showing of good cause. *Id.* Any motion or stipulation filed less than 21 days prior to the expiration of the subject deadline (or after the subject deadline has expired) must be supported by a showing of excusable neglect. *Id.*

The pending stipulation fails to make a sufficient showing for the requested extensions. Accordingly, the Court hereby SETS a hearing on the pending stipulation for April 23, 2014, at 2:30 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge